CHICAGO PAPER COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6987

WAYNE DAVENPORT AND KENNETH DAVENPORT, d/b/a DAVENPORT BUILDERS, A Partnership, Claimants, vs. STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed December 26, 1972.*

CHARLES J. GRAMLICH, Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6991

EDWARD L. JONES, ROBERT NEWELL, JOHN N. JURGENS, AND CHARLES K. DUTCH, Claimants, vs. STATE OF ILLINOIS, CASS COUNTY EDUCATIONAL SERVICE REGION, Respondent.

*Opinion filed December 26, 1972.*

LELAND SCHNAKE, Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.